# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 58

| | |
|---|---|
| ALLISON OUTDOOR ADVERTISING, LP, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>TOWN OF CANTON, NORTH )<br>CAROLINA and LINTON WHEELER, )<br>in his official capacity as Town )<br>Building Inspector, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Albert L. Sneed, Jr.'s Application for Admission to Practice *Pro Hac Vice* of E. Adam Webb. It appearing that E. Adam Webb is a member in good standing with the Georgia Bar and will be appearing with Albert L. Sneed, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Albert L. Sneed, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#3) of E. Adam Webb is **GRANTED**, and that E. Adam Webb is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Albert L. Sneed, Jr.

Signed: March 23, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge